**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 12-60817-CV-WILLIAMS**

GEORGE R. SIMPSON,

   Plaintiffs,

vs.

RANDAL JAMES HAMILTON ZWINGE, *et al.*,

   Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on Plaintiff's Motion to Dismiss (DE 13). Pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the Court hereby **REFERS** the motion to United States Magistrate Judge Barry S. Seltzer for appropriate disposition.

**DONE AND ORDERED** in chambers in Miami, Florida, this 29th day of June, 2012.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc:   Counsel of Record