CASE NO. 12-60817-CIV-Williams/Seltzer

71289-3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-60817-CIV-Williams/Seltzer
Magistrate Judge:

GEORGE R. SIMPSON,

    Plaintiff,

v.

RANDAL JAMES HAMILTON ZWINGE a/k/a
JAMES RANDI, D.J. GROTHE, PRESIDENT OF
JAMES RANDI EDUCATIONAL
FOUNDATION, JAMES RANDI
EDUCATIONAL FOUNDATION,

    Defendants.
_____/

**DEFENDANTS' REPLY TO PLAINTIFF'S MOTION IN
APPLICATION FOR DEFAULT JUDGMENT BECAUSE
DEFENDANTS PROVIDED FRAUDULENT SERVICE OF THE
MOTION TO DISMISS AND THEIR MOTION IN OPPOSITION**

COME NOW RANDAL JAMES HAMILTON ZWINGE a/k/a JAMES RANDI, D.J. GROTHE, PRESIDENT OF JAMES RANDI EDUCATIONAL FOUNDATION, JAMES RANDI EDUCATIONAL FOUNDATION (hereinafter "Defendants"), by and through their undersigned counsel, and respectfully file this Reply to Plaintiff's Motion in Application for Default Judgment (Docket Entry 19) and would state in support as follows:

    1.    The Plaintiff's allegations that the Defendants fraudulently failed to serve him with document are unfounded.

1

CASE NO. 12-60817-CIV-Williams/Seltzer

2. The Plaintiff alleges that he failed to receive select documents that were filed by the Defendants.

3. The Defendants have filed three documents with the Court including Defendants' Motion to Dismiss (document #8), Defendants' Motion to Dismiss Amended Complaint (document # 13), and Response in Opposition to Motion for Default (document #14) and Motion for Extension of Time to File Answer to Plaintiff's Amended Complaint (document #15).

4. The Plaintiff alleges that he failed to receive some, but not all, of these documents.

5. These Defendants properly served the *pro se* Plaintiff at his post office box.

6. There is no explanation as to why the Plaintiff failed to receive these documents.

7. When the undersigned counsel was notified by e-mail that the *pro se* Plaintiff was not receiving certain documents, all of the above documents were resubmitted to his post office box.

8. The Plaintiff's Motion is without merit and should be denied.

CASE NO. 12-60817-CIV-Williams/Seltzer

I HEREBY CERTIFY that on July 6, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Michael A. Holtmann
Michael A. Holtmann, Esquire
Florida Bar No. 981184
MHoltmann@WickerSmith.com
WICKER, SMITH, O'HARA,
  McCOY & FORD, P.A.
Attorneys for Randal James Hamilton
Zwinge a/k/a James Randi
2800 Ponce de Leon Boulevard
Suite 800
Coral Gables, FL 33134
Phone: (305) 448-3939
Fax: (305) 441-1745

**Service List**

George R. Simpson
Post Office Box 775
Hampton Bays, NY 11946
*Via First Class U. S. Mail*