71289-3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

GEORGE R. SIMPSON,

CASE NO. 12-60817-CIV-Williams/Seltzer

Plaintiff,

v.

RANDAL JAMES HAMILTON ZWINGE
a/k/a JAMES RANDI, D.J. GROTHE,
PRESIDENT OF JAMES RANDI
EDUCATIONAL FOUNDATION, JAMES
RANDI EDUCATIONAL FOUNDATION,

Defendants.
_____/

**DEFENDANTS' MOTION FOR SANCTIONS AND
MEMORANDUM OF LAW PURSUANT TO RULE 11
OF THE FEDERAL RULES OF CIVIL PROCEDURE**

COME NOW the Defendants, RANDAL JAMES HAMILTON ZWINGE a/k/a JAMES RANDI, D.J. GROTHE, PRESIDENT OF JAMES RANDI EDUCATIONAL FOUNDATION, JAMES RANDI EDUCATIONAL FOUNDATION, by and through their undersigned counsel, and file this Motion for Sanctions and Memorandum of Law Pursuant to Rule 11 of the Federal Rules of Civil Procedure, and would state in support as follows:

I.   **INTRODUCTION**

The Plaintiff, GEORGE R. SIMPSON, has commenced a baseless action against the Defendants premised on his assertion, that 27 years ago, he was visited by aliens called the "E.T. Corn Gods." He contends that for 27 years he has been performing a scientific investigation and discovery of a hidden language embedded in the English language that was communicated to him during his alien encounter. (See, ¶ 20 of

CASE NO. 12-60817-CIV-Williams/Seltzer

Plaintiff's Amended Complaint.) Plaintiff has named his hidden language and decoding structure the "E.T. Corn Gods Language and Game." (See, ¶ 24 of Plaintiff's Amended Complaint.) One of the primary objectives of the hidden language and decoding structure, according to the Amended Complaint, is to apply for and win the JREF One Million Dollar Challenge. The basis of the Plaintiff's entire lawsuit is the unsubstantiated, unsupported, undocumented claim that he has developed the "E.T. Corn Gods Language and Game" based on an alien encounter 27 years ago. The absurdity of this claim becomes apparent when the Plaintiff attempts to allege why the "E.T. Corn Gods Language and Game" is evidence of the "paranormal." (See, ¶52 through ¶74 of Plaintiff's Amended Complaint.)

Based on his unsupported allegations, the Plaintiff has brought an action against James Randi, D.J. Grothe, and the James Randi Educational Foundation claiming that he had fulfilled the requirements for the application for the One Million Dollar Challenge based on his "E.T. Corn Gods Language Game" and that his application has not yet been processed due to fraud, misrepresentation, breach of contract, misfeasance, malfeasance, and conspiracy.

II.     **ARGUMENT AND MEMORANDUM OF LAW**

Plaintiff's actions and conduct justify sanctions. The Complaint and Amended Complaint that Plaintiff filed with the Court are groundless and frivolous. The Court can and should impose sanctions on a *pro se* party such as Simpson because his Complaint was signed in violation of the Federal Rule of Civil Procedure 11(b) by certifying via his signature on the Complaint (Federal Rule of Civil Procedure 11(a)), that to the best of his

knowledge, information and belief, and formed after an inquiry reasonable under the circumstances, that (1) it is not being presented for any improper purpose, such as to harass, cause any unnecessary delay, or needlessly increase the cost of litigation; (2) the claims, defenses, and other legal contentions are warranted by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law or for establishing new law; and (3) the factual contentions have evidentiary support or, are specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery. (See, Federal Rule of Civil Procedure 11(b).)

It is clear that Mr. Simpson's Amended Complaint is groundless, frivolous, filed for improper purposes, not warranted under the law, ignores unfavorable precedence, and lacks any evidentiary support. Rule 11 has three essential functions. Rule 11(a) requires attorneys and *pro se* litigants to sign all papers filed with the Court. Rule 11(b) prohibits attorneys and *pro se* litigants from submitting filings made with "any improper purpose," offering "frivolous arguments," or asserting "factual allegations without evidentiary support or the likely prospect of such support." *Young v. City of Providence*, 404 F.3d 33, 39 (1st Cir. 2005) (quoting Federal Rule of Civil Procedure 11(b).) Finally, Rule 11(c) allows the Court, either on its own motion or on an opposing party's motion, to impose appropriate sanctions on attorneys who have violated 11(a) or 11(b). (See, Federal Rule of Civil Procedure 11(c).)

The underlying premise that Mr. Simpson was visited by aliens 27 years ago who taught him a decoding language is factually implausible and unsupported by any evidence. The Plaintiff also contends that the filing of this lawsuit was "predestined

CASE NO. 12-60817-CIV-Williams/Seltzer

down to the date of the filing" by the translations using the "E.T. Corn Gods" language. (See, ¶75 of Plaintiff's Amended Complaint.) These absurd and senseless allegations do not form any cognizable, legal action against the Defendants. The fact that Mr. Simpson submitted an application to the Defendants is insufficient to support the legal claim he has asserted.

Mr. Simpson has filed other baseless claims throughout the country including a prior lawsuit filed in the Southern District of Florida. The prior lawsuit filed in the Southern District is, again, premised upon a fallacy that Mr. Simpson had been visited by aliens named the "E.T. Corn Gods" who taught him a decoding method. (See, Case No. 07-CV-22951-PCH – First Amended Complaint attached as Exhibit "1.") Prior to imposition of Rule 11 sanctions, Mr. Simpson voluntarily dismissed the prior lawsuit. The Plaintiff should not be permitted to make a mockery of this Court by filing multiple, frivolous and baseless lawsuits.

### III. CONCLUSION

The central purpose of Rule 11 sanctions is to deter baseless filings and dilatory or abusive pre-trial tactics. There is no better example of a frivolous or baseless claim than this one. The Plaintiff's Amended Complaint is being presented for an improper purpose, to harass, to cause unnecessary delay, and to needlessly increase the cost of litigation. The Plaintiff's legal contentions are not supported by existing law or by a non-frivolous argument for extending, modifying or reversing existing law or for establishing new law. The factual contentions in Plaintiff's Amended Complaint have no evidentiary support nor are they likely to have evidentiary support after a reasonable opportunity for

CASE NO. 12-60817-CIV-Williams/Seltzer

further investigation or discovery. As such, the Defendants seek to impose sanctions pursuant to Rule 11 against the Plaintiff for filing this frivolous claim.

WHEREFORE the Defendants move this Honorable Court for sanctions pursuant to Federal Rule of Civil Procedure 11(c), and whatever other relief this Court deems appropriate including but not limited to attorney's fees and costs.

I HEREBY CERTIFY that on the 21st day of August, 2012, I electronically filed the foregoing with the Clerk of the Courts by using the ECF system, which will send a notice of electronic filing to the parties on the attached service list. I FURTHER CERTIFY that I served a true and correct copy of the foregoing DEFENDANTS' MOTION FOR SANCTIONS AND MEMORANDUM OF LAW PURSUANT TO RULE 11 OF THE FEDERAL RULES OF CIVIL PROCEDURE and the notice of electronic filing by first-class mail on the 21st day of August, 2012 on all counsel or parties of record on the Service List below.:

Pro-Se Plaintiff
George R. Simpson
Post Office Box 775
Hampton Bays, NY 11946

I FURTHER CERTIFY that I mailed a true copy of the foregoing document, DEFENDANTS' MOTION FOR SANCTIONS AND MEMORANDUM OF LAW PURSUANT TO RULE 11 OF THE FEDERAL RULES OF CIVIL PROCEDURE, along with a "safe harbor letter", attached as Exhibit "2", by first-class U.S. mail to the Pro-Se Plaintiff George R. Simpson at Post Office Box 775, Hampton Bays, NY 11946, on July 12, 2012.

CASE NO. 12-60817-CIV-Williams/Seltzer

/s/ Michael A. Holtmann
Michael A. Holtmann, Florida Bar No. 981184
Mholtmann@wickersmith.com
WICKER, SMITH, O'HARA,
 McCOY & FORD, P.A.
2800 Ponce de Leon Boulevard
Suite 800
Coral Gables, FL 33134
Phone: (305) 448-3939
Fax: (305) 441-1745
Attorneys for Randal James Hamilton Zwinge
a/k/a James Randi

**Service List**

via: U.S. Mail
George R. Simpson
Post Office Box 775
Hampton Bays, NY 11946