UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA    **CASE NO. 12-60817-CIV-**Williams/Selter

GEORGE R. SIMPSON

VS.

D. J. GROTHE, PRESIDENT OF JAMES RANDI
EDUCATIONAL FOUNDATION, JAMES
HAMILTON ZWINGE, AKA JAMES RANDI ,
JAMES RANDI EDUCATIONAL FOUNDATION

FRAUD; MISREPRESENTATION AND
BREACH OF CONTRACT;
INTENTIONAL INFLICTION OF
EMOTIONAL DISTRESS;
MISFEASANCE; MALFEASANCE;
CONSPIRACY (SECT 1985 AND 1986);
ACTION FOR DAMAGES; AND
ACTION FOR SPECIFIC
PERFORMANCE

### PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR SANCTIONS AND MEMORANDUM OF LAW PURSUANT TO RULE 11 OF THE FEDERAL RULES OF CIVIL PROCEDURE

Here comes Plaintiff George R. Simpson, Pro Se, and files this motion in

response to Defendants' motion for sanctions and memorandum of law pursuant to

Rule 11 of the Federal Rules of Civil Procedure.

Defendants have filed this motion for sanctions because they contend that:

> *"The basis for the Plaintiff's lawsuit is the unsubstantiated,*
> *unsupported, undocumented claim that he has developed the*
> *"E.T. Corn Gods Language and Game" based upon an alien*
> *encounter 27 years ago. The absurdity of this claim becomes*
> *apparent when the Plaintiff attempts to allege why the "E.T. Corn*
> *Gods Language and Game" is evidence of the "paranormal."*
> *(See, Para 52 through Para 74 of Plaintiff's Amended*
> *Complaint"..*

Defendants' attorney's statement above, and his entire motion for sanctions

shows that:

1) Attorney Holtmann is claiming that Plaintiff should be sanctioned, because

   he has not proven his "Paranormal" claim.  Whether or not Plaintiff can

   prove his claim for the 1 Million Dollar challenge has nothing to do with the

   instant lawsuit.  Proof or disproof ot Plaintiff's paranormal claims comes

   with the 1 Million Dollar Challenge, not with the instant lawsuit.

   Attorney Holtmann has no understanding (or he is incredibly disingenuous)

   of the purpose of this lawsuit.  The basis of attorney Holtmann's sanction

motion has nothing to do with Plaintiff's lawsuit claims of breach of contract, fraud, and misrepresentation of Defendants' 1 Million Dollar Challenge. His sanction motion wrongly pertains to Plaintiff's paranormal claims, which are the basis of Plaintiff's application for the JREF 1 Million Dollar Challenge rather than the claims against Defendants in Plaintiff's Amended Complaint. Attorney Holtman has presented a wrong assessment of those Paranormal Claims, saying that they are *unsubstantiated, unsupported, undocumented,* when they are not. And Defendants' attorney has interjected his own opinion as to the Paranormal Claims, when the attorney's opinion on this subject has no meaning in any Court of law. Plaintiff, in his Amended Complaint, is not trying to prove his paranormal claims. The lawsuit's Claims do not involve Plaintiff's paranormal claims, and Defendants have no right to propose sanctions based upon their belief or lack thereof of Plaintiff's paranormal claims.

2) Attorney Holtmann has a total lack of understanding of his clients' business, called the "1 Million Dollar Challenge" – which Plaintiff applied for, and Defendants accepted the application, then refused to go forward with the contract with Plaintiff George R. Simpson, denying Plaintiff the opportunity to prove the existence of the paranormal.
   *And*

3) Attorney Holtmann has a total lack of understanding of how the applicability of a language translation system becomes accepted as accurate. (English to French, hieroglyphics to Latin or Greek, etc.)

**Attorney Holtman's Sanction Assertions and the Purpose of the Lawsuit:**

Attorney Holtman's sanction claim is that Plaintiff "commenced a baseless" lawsuit, because Plaintiff claims to have been visited by extraterrestrial presence, and that the paranormal claims are '*unsubstantiated, unsupported, undocumented"*. Such concerns (subject of sanctions) are not appropriate, because Plaintiff's paranormal claims are not a subject for this Court to consider.

It is attorney Holtmann's claims for sanctions which are '*unsubstantiated, unsupported, undocumented"*.

The Court's concerns (and therefore Attorney Holtmann's concerns) must be Plaintiff's charges of Breach of Contract, Fraud, and other Claims against Defendants, none of which are involved in attorney Holtmann's misguided claims in his motion for sanctions.

**The 1 Million Dollar Challenge:**

Defendants' 1 Million Dollar Challenge is offered to anyone who claims to be able to do something which is paranormal.

The purpose of the 1 Million Dollar Challenge is to test whether the applicant's (in this case George R. Simpson) paranormal claims are true.

Before the 1 Million Dollar Challenge is completed, there is no proof that an applicant's paranormal claims can be believed.

Defendants claim that everyone who applies for the 1 Million Dollar Challenge does not have proof of the paranormal.  In fact, if Defendant James Randi can be believed, one hundred applicants have applied for the Challenge, have been tested, and all failed to prove the paranormal.

According to Defendants, there is no proof of paranormal, and Defendants claim that the unclaimed (so far) 1 Million Dollar prize is proof of their assertion that ***"There is no Paranormal"***.

If you believe Defendant James Randi, one hundred applicants have claimed to have proof of the paranormal, but all of them have failed to prove it.

**Plaintiff's Paranormal Claims are Extensively *"substantiated, supported, documented"***

Defendants' attorney's claim that Plaintiff's "entire lawsuit is *unsubstantiated, unsupported, undocumented"* is simply wrong.

When attorney Holtmann says "the entire lawsuit is *unsubstantiated, unsupported, undocumented"*. he is not talking about the lawsuit, he is talking about Plaintiff's paranormal claims, which are the subject of Defendants' 1 Million Dollar Challenge, not the lawsuit.  Attorney Holtmann is confusing the claims of the lawsuit with the paranormal claims, which are not to be tested by this lawsuit.  They are the subject of the Defendants' 1 Million Dollar Challenge.

Attorney Holtmann is ignoring the facts and the data presented by Plaintiff.

The last 22 paragraphs (52-74) of the instant lawsuit's Amended Complaint details:

### *"Why is The ET Corn Gods Language and Game Evidence of the "Paranormal"*

In addition, Plaintiff maintains two websites which provide translation rules and examples of the translation of words.  Between the two websites there *are over 20,000 (twenty thousand) translation examples*.  For attorney Holtmann to say that Plaintiff's claims are "unsubstantiated", "unsupported" or "undocumented" ignores the facts, and in making such a statement he is simply dishonest.

The first website erected by Plaintiff, www.etcorngods.com was registered on March 18, 1996.  (See:  www.whois.com for official registration information.)  The two websites, www.etcorngod.com and www.ufoetblog.com, have had millions of visitors over the last 16 years.  Plaintiff's claims and translation examples are very familiar to persons who follow the "Skeptical", "Paranormal" communities on the Internet.

Randi.org, the website operated by Defendants, lists four *forum threads*, which primarily concern George R. Simpson and the ET Corn Gods language and game.  The following is a table taken from that website, which summarizes the traffic activity of each of the four threads. (Link:

http://forums.randi.org/tags.php?tag=George+R.+Simpson)

| Forum Thread Name and Start Date | Replies | Views |
|---|---|---|
| *District court law suits are public info 14th November 2007* | 2,300 | 53,675 |
| *Our ET Corngods friend is now peddling elsewhere 23rd July 2010* | 13 | 299 |
| *George Russel Simpson 3rd March 2012* | 166 | 15,867 |
| *George Simpson 3rd May 2012* | 398 | 6,397 |

Certainly the discussion of the ET Corn Gods language and game has been as vigorous as any other application for the Defendants' 1 Million Dollar Challenge.

4

There is likely to have been more discussion of the ET Corn Gods language and game than any other of the over one hundred applicants for Defendants' 1 Million Dollar Challenge.

Yet, Defendants have refused to go forward with their contract to complete the 1 Million Dollar Challenge with Plaintiff Simpson, because they know they will lose the 1 Million Dollars.

### Applicability of Language Translation Systems – How They Become Accepted as Accurate

No language translation system (Plaintiff claims that the ET Corn Gods language and game is such a system) becomes accepted by its "using constituency" simply because the person(s) producing the system says *"it works"*.

A "dictionary and thesaurus" constitute the "language translation systems" for hundreds of languages like English to Turkish, French to German, etc. Specialized dictionaries and thesauruses exist, which are used mainly by a class of professionals, such as lawyers, engineers, and chemists.

Perhaps the most famous example of a translation system project is the "Rosetta Stone", where three identical message contents (they had the same message in each of three languages) were written on stone, each in a different language. The fact that all three of the messages were the same allowed linguists to identify patterns in the writings and decipher two of the three languages, which to that point was a mystery.

The ET Corn Gods language and game is unique from all other languages in that it involves the translation of words of a base language, "English" into other derivative English words, which have been pre-coded *by GOD* into those words. The pre-coding involves a unique matrix of translation rules and tables discovered by and described by Plaintiff George R. Simpson. (See: http://www.etcorngods.com/translation.htm)

Whether or not the ET Corn Gods language and game is paranormal can be checked by changing the decoding matrix. Another decoding matrix will not return the hidden meaning translations, which have been demonstrated by over 20,000 examples on www.etcorngods.com and www.ufoetblog.com.

That "different decoding" scheme has been proposed by Plaintiff Simpson in his application to be tested for the 1 Million Dollar Challenge offered by Defendants. (See: http://ufoetblog.com/?p=4410). This is a scientific way to absolutely test whether the ET Corn Gods language and game is paranormal.

Certainly the reason Defendants would not go forward with their contract to test Plaintiff's claim of the paranormal was because they knew Defendants would lose. And when they lose once, they are virtually out of business.

Karen Stollznow, a doctorate in linguistics from the University of New England, contributes her writing/research services to Defendant James Randi. Chances are, she advised Defendants not to go ahead with Plaintiff Simpson on the $1Million Challenge, predicting that Defendants would surely lose the $ 1 Million.

Defendants took her advice and refused to go ahead with their contractual obligations with Plaintiff George R. Simpson, and therefore this lawsuit was filed.

**Attorney Michael Holtmann is Not Qualified to Make Value Judgements About the ET Corn Gods language and game.**

Attorney Holtmann, by his conclusions about the ET Corn Gods language and game, has proven his dishonesty. What he says about the ET Corn Gods language and game being *"unsubstantiated, unsupported, undocumented"* is not true as shown above. Furthermore, the statements by attorney Holtmann violate the Court rules against making statements, which present conclusions lacking specificity required by Court rules.

More important, attorney Holtmann's assertions are *not* about evidence, facts, or law (his only responsibilities as an attorney); his assertions result from ***his own opinion***.

The "expert" opinion of attorney Holtmann about the ET Corn Gods language has not been qualified in front of this Court, and it is unlikely that he would be qualified as an expert on the subject of the ET Corn Gods language and game by any court of law. Attorney Holtmann has a law degree, preceded by a "Bachelor of Arts" degree. Neither degree would be expected to qualify him to make conclusions about a technical subject like the highly technical and logical ET Corn Gods language and game.

Plaintiff has a five-year degree in mechanical engineering from Cornell University, and a long career as an engineer, inventor, and expert software developer, to

6

attest to his skills to offer an opinion about a technical subject like logic and math intensive ET Corn Gods language and game.

### Other Indefensible Statements by Attorney Holtmann

Attorney Holtmann makes the following statement:

> "The underlying premise that Mr. Simpson was visited by aliens 27 years ago who taught him a decoding language is factually implausible and unsupported by any evidence. The plaintiff also contends that the filing of this lawsuit was "predestined" down to the date of the filing' by the translations using the "E.T. Corn Gods" language. (See, Para 75 of Plaintiff's Amended Complaint.). These absurd and senseless allegations do not form any cognizable, legal action against the Defendants. The fact that Mr. Simpson submitted an application to Defendants is insufficient to support the legal claim he has asserted."

Plaintiff stated he was visited by "extraterrestrial presence" (not by "Aliens" – attorney Holtmann doesn't know the difference) 27 years ago, a statement which does not have to be supported by any other evidence.  Plaintiff is simply stating something that happened.  No one else was there.  There have been millions of people all over the World who have reported encounters with ET's/UFO's/Aliens.  Why cannot Plaintiff also report similar experiences?  Attorney does not say.

Plaintiff made the statement: "*filing of this lawsuit was 'predestined' down to the date of the filing by the translations using the 'E.T. Corn Gods' language*", because that statement was true, and Plaintiff gave examples of such "proof".

Certainly such a statement does not involve any deception on the part of Plaintiff.  Plaintiff Simpson is simply stating what was indicated by translated words.  He provided sample translations of such words using the decoding structure of the ET Corn Gods language and game.  Plaintiff's statements and examples certainly are not a reason to be sanctioned by this Court.

Plaintiff Simpson has spent almost his entire professional life as an inventor.  New, previously unrealized things are almost always dismissed by people who have no perceptive abilities (3,999 out of 4,000 people by one study).

Plaintiff Simpson invented the 1st display based word processor, the predecessor to today's PC.  No one wanted it, until some law firms started using it.  Within a few

years, there were no more word processors, which did not have displays. After seeing and using the devices, virtually everyone wanted only machines with displays.

Finally, in response to attorney Holtmann's statement:

> *These absurd and senseless allegations do not form any cognizable, legal action against the Defendants.*

Plaintiff has not claimed that his paranormal claims form any basis for his claims against Defendants. Not one of his seven Claims of the Amended Complaint involves Plaintiff's paranormal claim.

Everyone who applies for Defendant's 1 Million Dollar Challenge has claims about the paranormal. These paranormal claims make no sense to those testing (Defendants) until proven. According to Defendant James Randi, no one has passed the test. Over one hundred applicants have tried and failed.

Why did not Defendants' attorney Holtmann object to Plaintiff's description of his paranormal claims in his "motion to dismiss", and file a rebuttal to Plaintiff's motion in opposition to the "motion to dismiss"?

Attorney Holtmann does not provide any basis for his calling these statements "*absurd and senseless allegations*". As mentioned above, all claims of the Paranormal (miracles) are considered absurd and senseless allegations, until proven otherwise. Lack of specificity is against the Court rules.

Such unsupported value judgement statements by attorney Holtmann are only there to unfairly influence the Court against Plaintiff, and are against the law, and attorney Holtmann knows it. Defendants tested 100 applicants, all of whose paranormal claims Defendants considered absurd and senseless allegations.

Attorney Holtmann is, again, providing his opinion, which is not his place as the attorney for the Defense. He has not been qualified by the Court as expert to provide such opinion.

### Defendants have failed to prove any violation of Rule 11(b) of the Federal Rules of Civil Procedure:

Rule 11(b) is discussed below.

> *(b) Representations to the Court. By presenting to the court a pleading, written motion, or other paper— whether by signing, filing, submitting, or later advocating*

*it—an attorney or unrepresented party certifies that to the best of the person's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances:*

*(1) it is not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;*

Defendants' attorney has been unable to prove any improper purpose by Plaintiff. In fact, a case could be made that the dishonesty and unsupported opinion (identified above) by Defendants' attorney was intended to "*harass, cause unnecessary delay, or needlessly increase the cost of litigation*"

*(2) the claims, defenses, and other legal contentions are warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law;*

Defendants' attorney does not claim any breach based upon (b)(2)

*(3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and*

Defendants' attorney has made dishonest representations of "*unsubstantiated, unsupported, undocumented claim*". In fact, Plaintiff has provided extensive substantiation, support, and documentation which including, among other evidence, Plaintiff's identification of over 20,000 examples of ET Corn Gods language and game translations. Attorney Holtmann is simply lying, when he says that Plaintiff has "*unsubstantiated, unsupported, undocumented claims*".

*(4) the denials of factual contentions are warranted on the evidence or, if specifically so identified, are reasonably based on belief or a lack of information.*

There is no evidence of any denials of factual contentions. Plaintiff's contentions are of Paranormal phenomena, which, like all

applications for the Defendants' 1 Million Dollar Challenge, are suspect until proven otherwise.

The instant lawsuit is about Defendants preventing Plaintiff from completing their 1 Million Dollar Challenge.

**Conclusions:**

Defendants' attorney is simply dishonest in claiming that Plaintiff's paranormal claims are nothing but *"unsubstantiated, unsupported, undocumented claims"*.

1) That attorney Holtmann has no understanding (or he is incredibly disingenuous) of the purpose of this lawsuit. The basis of attorney Holtmann's sanction motion has nothing to do with Plaintiff's lawsuit claims. His sanction motion pertains to Plaintiff's paranormal claims, which are the basis of Plaintiff's application for the JREF 1 Million Dollar Challenge. Attorney Holtman has presented a wrong assessment of those Paranormal Claims, saying that they are *unsubstantiated, unsupported, undocumented*, a lie on his part. Attorney Holtmann has interjected his own opinion as to the Paranormal Claims, when the attorney's opinion on this subject has no meaning in a pleading for Rule 11 sanctions.

   Plaintiff, in his Amended Complaint, is not trying to prove his paranormal claims. The lawsuit's claims do not involve Plaintiff's paranormal claims, and Defendants have no right to propose sanctions based upon their belief or lack thereof of Plaintiff's paranormal claims. The instant lawsuit is about forcing Defendants to honor their contractual commitment to go forward with Plaintiff's application for Defendants' 1 Million Dollar Challenge.

2) Attorney Holtmann displays a total lack of understanding of his Client ,'s business, called the "1 Million Dollar Challenge" – which Plaintiff applied for, Defendants accepted the application, then refused to go forward with the contract with Plaintiff George R. Simpson.

   *And*

3) Attorney Holtmann has a total lack of understanding of how the applicability of a language translation system becomes accepted as accurate. (English to French, hieroglyphics to Latin or Greek, etc.)

   Plaintiff has not violated any Court rules.

Finally, to quote the honorable Judge Robin S. Rosenbaum, from her order on Plaintiffs' motion for sanctions against attorney Holtmann (Document #32, page 3, first paragraph), the reason for Rule 11 Sanctions:

> *"... to deter repetition of the conduct or comparable conduct by others similarly situated".*

Attorney Holtmann's arguments against Plaintiffs' descriptions of his paranormal claims, could not, under any circumstances, restrict such conduct by him or anyone else in the future.

**THEREFORE**, Defendant, George R. Simpson, requests that the Court deny Defendants' motion for sanctions based upon the above arguments.

Twenty hours were spent by Plaintiff Simpson, answering attorney Holtmann's frivolous motion for sanctions.

DATED September 1, 2012

Respectfully submitted:

GEORGE R. SIMPSON, PROSE

By: _____

George R. Simpson
PO Box 775
Hampton Bays, NY  11946
631-357-9502

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing pleading was served by mailing the same, postage prepaid, by hand delivery or by facsimile on the 1st day of September, 2012.

To:     Wicker, Smith, O'Hara, McCoy & Ford, P.A.
        *Attorneys for the Defendants*
        2800 Ponce de Leon Boulevard
        Suite 800
        Coral Gables, FL  33134
        Phone: (305) 448-3939

        Via:  Mail [xxx]   Fax [   ]  Hand [   ]